FILED

12/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0640

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0640

IN THE MATTER OF

K.B.,

A Youth in Need of Care.

**ORDER**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 28, 2025, to prepare, file, and serve the Appellant's Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 10 2024